FUSCO & MACALUSO, L.L.C.
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
973-779-1163
Attorneys for Defendant,
Deanne Brown

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | : CRIMINAL NUMBER 09-677(FSH) |
| Plaintiff, | : HON. FAITH S. HOCHBERG, U.S.D.J. |
| v. | : CONSENT ORDER |
| DEANNE BROWN, | : |
| Defendant. | : |

This matter having been brought before the Court before the Honorable Faith S. Hochberg, U.S.D.J., by the law firm of Fusco & Macaluso, L.L.C., attorneys for defendant, Deanne Brown, for an Order:

    Modifying Defendant's bail conditions to allow Ms.
    Brown to participate in job training through social
    services in Philadelphia, Pennsylvania,

and with Assistant United States Attorney Zahid Quraishi, Esq., having consented thereto, and William Sobchik, Pretrial Services Office, having consented to this application; and with good cause being shown:

IT IS on this 8th day of October, 2009,

ORDERED that Defendant be allowed to participate in job training through social services in Philadelphia, Pennsylvania.

IT IS FURTHER ORDERED that all other previously imposed terms of Pretrial Release shall remain in full force and effect.

ORDERED that a copy of this order shall be served upon all parties within 5 days.

Hon. Faith S. Hochberg, U.S.D.J.

I hereby consent to the
Form and entry of this Order

Zahid Quraishi, Esq.

Dated: September 30, 2009