UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      : Crim. No. 09-677 (FSH)
                              :
       v.                     :
                              :
DEANNE BROWN                  : CONTINUANCE ORDER

    A criminal indictment charging the defendant with conspiracy to import 5 kilograms or more of cocaine into the United States, contrary to Title 21, United States Code, Sections 952(a) and 960(b)(1)(B), in violation of Title 21, United States Code, Section 963; and with importing 500 grams or more of cocaine into the United States, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(2)(B), and Title 18, United States Code, Section 2; having been filed on September 11, 2009; and the defendant having appeared before the Court for an arraignment on September 30, 2009; and the defendant having been represented by Paulette Pitt, Esq.; and bail having been continued by the Court; and the defendant and her counsel being aware that the defendant has the right under 18 U.S.C. § 3161(c)(1) to a trial within seventy (70) days of her indictment; and no continuances having previously been granted by the Court after indictment pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial and otherwise allow defense counsel a reasonable time for effective preparation; the defendant hereby requests a

1

continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit additional time necessary for the parties to attempt to reach a plea agreement and thereby avoid a possible trial and otherwise allow defense counsel a reasonable time for effective preparation; the Government having agreed to this continuance; and for good cause shown;

IT IS on this __9th__ day of __October__, 2009,

ORDERED that from the date this Order is entered, to and including December 7, 2009, shall be excluded in calculating the time under the Speedy Trial Act for the following reasons:

1. The defendant, through her counsel, has requested additional time in order to attempt to reach a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

3. The following schedule shall control:

    Motions due: December 14, 2009

    Opposition due: December 28, 2009

    Reply due: January 4, 2009

    Motion hearing: To be determined

    Trial date: January 12, 2009

SEEN AND AGREED:

_____
Zahid N. Quraishi
Assistant U.S. Attorney

_____
Paulette Pitt, Esq.
Counsel for Deanne Brown

10-7-09

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge

3