UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 09-677 (MF)

v.

DEANNE BROWN : CONTINUANCE ORDER

A criminal complaint charging the defendant Deanne Brown with conspiring to import 5 kilograms or more of cocaine into the United States, contrary to Title 21, United States Code, Sections 952(a) and 960(b)(1)(B), in violation of Title 21, United States Code, Section 963, having been filed on December 12, 2008; and the defendant having appeared before the Court for an initial appearance on December 12, 2008; and the defendant having been represented by Paulette Pitt, Esq.; and bail having been set by the Court; and the defendant and her counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and six continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the defendant hereby requests a seventh continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) to permit the defendant to have a reasonable amount of time necessary for effective preparation; and the defendant waiving speedy trial issues; the Government having agreed to this continuance; and for good cause shown;

IT IS on this ___18th___ day of __November__, 2009,

ORDERED that from the date this Order is entered, to and including February 7, 2010, shall be excluded in calculating the time within which an Information or Indictment must be filed under the Speedy Trial Act for the following reasons:

1. The defendant, through her counsel, has requested additional time in order to attempt to reach a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Zahid N. Quraishi
Assistant U.S. Attorney

_____
Paulette Pitt, Esq.
Counsel for Deanne Brown

11-13-09

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge