UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

DEANNE BROWN.

        Defendant.

Criminal No. 09-677 (FSH)

**ORDER**

This matter having come before the Court by Defendant's Motion for a Judgment of Acquittal, and for the reasons set forth on the record on January 13, 2010,

**IT IS** on this 19th day of January, 2010,

**ORDERED** that Defendant's Motion for a Judgment of Acquittal is hereby **GRANTED**; it is further

**ORDERED** that this case be **CLOSED.**

                                                          /s/ Faith S. Hochberg
                                              United States District Judge